# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CATHERINE M. DUSMAN,

      Petitioner

      v.

THE BOARD OF DIRECTORS OF THE CHAMBERSBURG AREA SCHOOL DISTRICT AND THE CHAMBERSBURG AREA SCHOOL DISTRICT,

      Respondents

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 665 MAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

CATHERINE M. DUSMAN,

      Petitioner

      v.

THE BOARD OF DIRECTORS OF THE CHAMBERSBURG AREA SCHOOL DISTRICT AND THE CHAMBERSBURG AREA SCHOOL DISTRICT,

      Respondents

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 666 MAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.